UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KATRINA DAWN JETER** | **CASE NO. 2:17-CV-00474** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **U S COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE PEREZ-MONTES** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED in its entirety, and this matter is hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 17th day of September, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE